FRIES, Appellant, v. FRIES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 21, 1906.) Action by Nicholas C. Fries against John P. Fries and others.
PER CURIAM. Motion to dismiss appeal denied, upon condition that within 10 days from the service of a copy of this order, together with notice of entry, the appellant perfect his appeal as to the adult defendants by filing notice thereof with the clerk of Livingston county, and also perfect his appeal as to the infant defendants; leave to so perfect the appeal herein as of the date of service of notice thereof on

the adult defendants being hereby granted, upon payment of $10 costs of this motion to the moving parties.